Prepared by State Reporter from Appeal Papers

HIGGINBOTHAM-BAILEY-LOGAN COMPANY, Respondent, v.
    ANDREW W. MELLON, Director-General of Railroads,
    Appellant.

*Carriers — railroads — action to recover for failure to deliver goods
    shipped — defense of failure to give notice as required by bill of lading.*

*Higginbotham-Bailey-Logan Co.* v. *Mellon,* 216 App. Div. 806,
affirmed.

(Argued November 30, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered May 7, 1926, affirming a judgment in favor of
plaintiff entered upon a verdict. The action was to
recover for non-delivery of goods shipped over the Lehigh
Valley railroad at New York for delivery at Dallas,
Texas. The defense was failure to comply with a pro-
vision in the bill of lading requiring notice within six
months after a reasonable time for delivery of the goods
had elapsed.

*Clifton P. Williamson* and *H. S. Ogden* for appellant.
*Charles Adkins Baker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

———

LIDA M. ALLEN, as Administratrix of the Estate of
    THOMAS G. ALLEN, Deceased, Respondent, v. ERIE
    RAILROAD COMPANY, Appellant.

*Negligence — railroads — crossing accident — driver of automobile killed
    by train while crossing tracks — when guilty of contributory negligence.*

*Allen* v. *Erie R. R. Co.,* 217 App. Div. 714, reversed.

(Argued November 30, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered June 8, 1926, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover